**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.       CASE NO.    4:19-cr-00613-001 LPR | |
| JAMES POWELL | DEFENDANT |

## ORDER OF DETENTION

Defendant James Powell appeared in person with his attorney, Sara Merritt., on October 6, 2020 for a scheduled hearing on the United States' Motion for Psychiatric Exam (Doc. No. 35). The United States was represented by Assistant United States Attorneys Stacy Williams and Pat Harris.

Prior to the hearing, defendant reported to the United States Probation Office for drug testing. Thereafter, the defendant tested presumptively positive for illegal substances, the Court found that defendant should be detained until he tests negative for drug usage, and he was remanded to the custody of the United States Marshal until he tests negative for drug usage.

IT IS THEREFORE ORDERED that defendant be detained. The motion hearing will be rescheduled under separate entry.

IT IS SO ORDERED this 6th day of October, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE