IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**V            CASE NO.: 4:19-CR00613-LPR**

**JAMES POWELL**                                                                                    **DEFENDANT**

## REPLY AND RESPONSE BRIEF

COMES NOW the Defendant, John Powell, through his attorney, Sara F. Merritt and for his Reply and Response Brief states:

1. The Defendant does not believe that the Rules of Federal Criminal Procedure or the Eighth Circuit require a hearing on the Motion to Dismiss. In any event, the Defendant waives any right to a hearing on this Motion and requests that the Court rule on this matter in writing as he believes that will render a decision more expediently.

2. The Defendant acknowledges that the United States argument based o the Speedy Trial Act of 1974 and its progeny appears to be legally correct in that a federal arrest rather than a state arrest is what triggers the 30 day clock. However, the Defendant argues that this precedent should be overturned and that his arrest when analyzed is in fact a federal arrest disguised as a state arrest.

3. The Defendant was at the time of his arrest a resident of Mayflower, AR. He sent emails to Representative Rick Crawford which were deemed to be threatening. These emails were reported to the United States Capitol Police (A Federal Law Enforcement Agency). The Capitol Police in turn notified the Federal Bureau of Investigations who obtained a search warrant from Federal Magistrate Thomas Ray. The Federal Bureau of Investigations executed the search warrant and the Defendant was detained while his home was searched. Two, Federal

Bureau of Investigations Agents interviewed the Defendant while a member of either the Mayflower Police Department or the Conway Police Department sat in. This person was never identified by name during the interview and it appears that his sole usefulness was to adjust the video camera occasionally.

4. The Defendant was then booked into the Faulkner County Detention Center on September 27, 2019, charged with a State Terroristic Threatening charge, although the warrant wasn't issued until September 30, 2019. He appeared before a State District Court Judge where a bond of Two Million Dollars ($2,000,000) was set. Based on information and experience, a State Court bond for a terroristic threatening charge is normally $2500 to $5000 dollars. This extreme bond was obviously requested by a higher authority than the assigned Deputy Prosecutor.

5. Mr. Powell was the indicted by the United States on November 6, 2019 more than thirty (30) days after his arrest and his state court charges were terminated by a Motion to Nolle Prosequi on December 17, 2018.

6. In summary, at every critical juncture, this was a Federal matter. It was handled as a Federal matter and is still a Federal arrest and Federal case. The Defendant was charged in State Court for the sole purposed of housing him until an indictment could be obtained. Therefore, he should have been indicted within thirty (30) days as required by 18 USC §3161. The charges should be dismissed because he was not. Undersigned Counsel is aware that many cases especially drug cases are handled as a joint effort between State and Federal Agencies as is not arguing that every "State" arrest should be subject to the thirty (30) day rule. However, when local law enforcement is used as window dressing or for the purpose of housing as was in the case of USA vs James Powell, the

authorities should not be allowed to disguise their Federal actions by bringing a State charge.

      WHEREFORE, the Defendant, James Powell, prays this motion be granted and if not that his objection be noted, and for any other relief the Court deems appropriate.

      Respectfully Submitted,

*Sara F. Merritt*, #89057
Merritt Law Firm
2902 E. Kiehl Avenue, Suite 1B
Sherwood, AR 72120
email: momarab@aol.com
501/864-7500
501/864-7508 Fax

## CERTIFICATE OF SERVICE

      I, Sara F. Merritt, hereby certify that I have this 1st day of March 2021, delivered to the below listed parties, by mail, a copy of the within pleading.

Stacy Williams
Asst. United States Attorney
P. O. Box 1229
Little Rock, AR 72203

      Sara F. Merritt